THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PUGH, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:18-cv-02152 |
| | § | (JURY) |
| v. | § | |
| | § | |
| OTG MANAGEMENT IAH, LLC; OTG MANAGEMENT, LLC; AND OTG MANAGEMENT, INC., | § § § § | COLLECTIVE ACTION |
| | § | |
| Defendants. | § | |

## ORDER COMPELLING ARBITRATION AND DISMISSING ALL CLAIMS WITH PREJUDICE

Having considered the Joint Stipulation to Compel Arbitration and Dismissal With Prejudice filed by Plaintiff Christopher Pugh ("Pugh") and Defendant OTG Management IAH, LLC ("OTG") (collectively, the "Parties"), it is therefore:

ORDERED that the Parties shall resolve the present dispute in accordance with the terms of the OTG Management IAH, LLC Mutual Agreement to Arbitrate and all claims herein are dismissed with prejudice with costs to be borne by the party who incurred same.

SIGNED: JAN 1 4 2018, 2019

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE